AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

GERHAL ADRIAN SANTANA MATEO, individually and on behalf of others similarly situated,

*Plaintiff(s)*

v.

105 DON PEDRO RESTAURANT, CORP. (D/B/A LA LECHONERA POLLO SABROSO AND DOMINICANA POLLO SABROSO RESTAURANT), RESTAURANT LECHONERA Y POLLO SABROSO CORP. (D/B/A LA LECHONERA POLLO SABROSO #2 AND LECHONERA Y POLLO SABROSO RESTAURANT), and RODOLFO PICHARDO,

*Defendant(s)*

Civil Action No. 26cv10059

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Restaurant Lechonera y Pollo Sabroso Corp.
(d/b/a La Lechonera Pollo Sabroso #2 and Lechonera y Pollo Sabroso Restaurant)
850 Gerard Avenue,
Bronx, New York 10451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 18, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Tammi M. Hellwig

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: